SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
EMAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff;<br><br>     vs.<br><br><br>Dale Ronald Romer, et al<br><br><br>          Defendants | Case No. 2:12-cv-00743-MCE-JFM<br><br>**STIPULATION FOR DISMISSAL**<br><br><br>Complaint Filed:  MARCH 23, 2011 |

   PLEASE TAKE NOTICE THAT by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).  The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

1

STIPULATION FOR DISMISSAL                                                    CIV: S-12-00743-MCE-JFM

1  Dated: January 15, 2013
2                                                        DISABLED ACCESS PREVENTS INJURY, INC.
3
4                                                        /s/Scott N. Johnson_____
5                                                        SCOTT N. JOHNSON,
                                                         Attorney for Plaintiff
6
7
8  Dated: January 16, 2013
                                                         MICHAEL WELCH & ASSOCIATES
9
10                                                       /s/Michael D. Welch_____
11                                                       MICHAEL D. WELCH
                                                         Attorney for Defendants
12
13         IT IS SO ORDERED.

14  Dated:  January 22, 2013

15                                                       _____
16                                                       MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                         UNITED STATES DISTRICT COURT
17

2

STIPULATION FOR DISMISSAL                                            CIV: S-12-00743-MCE-JFM