SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
EMAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. 2:12-cv-00743-MCE-JFM |
| | **STIPULATION FOR DISMISSAL** |
| Plaintiff; | |
| vs. | Complaint Filed: MARCH 23, 2011 |
| Dale Ronald Romer, et al | |
| Defendants | |

        PLEASE TAKE NOTICE THAT by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).  The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

1

STIPULATION FOR DISMISSAL                                        CIV: S-12-00743-MCE-JFM

| | |
|---|---|
| 1 | Dated: January 15, 2013 |
| 2 |                 DISABLED ACCESS PREVENTS INJURY, INC. |

                /s/Scott N. Johnson_____
                SCOTT N. JOHNSON,
                Attorney for Plaintiff

Dated: January 16, 2013
                MICHAEL WELCH & ASSOCIATES

                /s/Michael D. Welch_____
                MICHAEL D. WELCH
                Attorney for Defendants

    IT IS SO ORDERED.

Dated:  January 22, 2013

                _____
                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                UNITED STATES DISTRICT COURT